UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CLYDE WILSON,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:13-cr-00008-LRH-VPC<br><br>ORDER |

　　　　Before the court is the pro se Petition for Discharge of Supervised Release (ECF No. 25) filed by defendant, James Clyde Wilson ("Wilson"), seeking termination of the lifetime supervised release ordered by the court in this case.

　　　　The court has considered his petition and reviewed his sentencing and Presentence Investigation Report on the underlying charge. Pursuant to 18 U.S.C. § 3583(k), and due to Wilson's prior convictions involving sexual offenses upon juveniles, his eligibility for supervised release in this case was no less than five years up to a maximum of lifetime supervised release. 18 U.S.C. § 3583(k). Wilson is therefore ineligible for a termination of his supervised release as the minimum of five years is yet to be satisfied. Moreover, the court has reviewed Wilson's criminal history over ages 56 through 63, and considers Wilson's criminal history is one which does not warrant early termination of supervised release.

///

///

1 | Good cause appearing, it is THEREFORE ORDERED that Wilson's Petition for Discharge of Supervised Release (ECF No. 25) is DENIED.

DATED this 13th day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE