1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CLYDE WILSON,<br><br>　　　　Defendant. | Case No. 3:13-CR-00008-LRH-CLB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel Evan Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for James Clyde Wilson, that the Revocation Hearing currently scheduled on May 5, 2020at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Wilson is currently pending a state case matter, which is related to the allegations in paragraphs one and two of the revocation of supervised release petition.

　　　　2.　　US Probation has been consulted and agrees with the continuance.

　　　　3.　　The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Daniel Evan Clarkson*<br>By_____<br>DANIEL EVAN CLARKSON<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-CR-00008-LRH-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES CLYDE WILSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 5, 2020 at 1:00 p.m., be vacated and continued to Thursday, July 16, 2020, at the hour of 12:30 p.m. before District Judge Larry R. Hicks in a Las Vegas courtroom to be announced at a later time

DATED this 21st day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

3