# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CLYDE WILSON,<br><br>Defendant. | Case No. 3:13-cr-00008-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for James Clyde Wilson, that the Revocation Hearing currently scheduled on May 16, 2023, be vacated and continued to June 26, 2023, at 1:30 pm.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to speak to Mr. Wilson and conduct necessary investigation as to the allegations in the Petition.

2. Mr. Wilson has a pending state case that forms the basis of some of the allegations in the Petition, and the parties request a continuance to ascertain the disposition of that matter prior to the revocation hearing in this case.

3. Defense counsel and Officer VanWormer have a conflict and will be in another court hearing during the date and time the revocation hearing is currently scheduled in this case

4. Mr. Wilson is in custody and agrees with the need to continue the hearing.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of May, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00008-LRH-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES CLYDE WILSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 16, 2023 at 10:00 a.m., be vacated and continued to **June 26, 2023 at 1:30 p.m.** before Judge Larry R. Hicks in Reno Courtroom 3 via videoconference.

IT IS SO ORDERED.

DATED this 12th day of May, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE