**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JAMES CLYDE WILSON,<br><br>       Defendant. | Case No. 3:13-cr-00008-LRH-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION TO CONTINUE**<br>**REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for James Clyde Wilson, that the Revocation Hearing currently scheduled on December 5, 2023, be vacated and continued to January 9, 2024 at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1.     Mr. Wilson has a pending Nye County case that forms the basis of some allegations in the Petition. The parties have agreed to continue the revocation hearing to determine the disposition of the state case.

2.      Defense counsel needs additional time to conduct necessary investigation as to the allegations in the Petition and fully advise Mr. Wilson on this matter.

3.      Mr. Wilson is in custody and agrees with the need to continue the hearing.

4.      The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 28th day of November, 2023.


RENE L. VALLADARES                      JASON M. FRIERSON
Federal Public Defender                 United States Attorney



By /s/ Jacquelyn N. Witt                By /s/ Supriya Prasad
JACQUELYN N. WITT                       SUPRIYA PRASAD
Assistant Federal Public Defender       Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00008-LRH-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES CLYDE WILSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 5, 2023 at 11:00 a.m., be vacated and continued to January 9, 2024 at 10:00 a.m. before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 29th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3